This is our last case of the day, I believe. 4-14-0953, Doug Kline v. Lor-Al, Inc. Attorney Watson is here on behalf of the appellant. Attorney Drysdale is here on behalf of the appellee. Mr. Watson, are you ready to proceed? All right, let me do so. Your Honor, I think, and ultimately, Your Honors, we have somewhat of a complicated procedural history. It's fairly complicated with regard to the parties, but ultimately the issues are fairly simple. The first issue is whether or not the petition to revive as to the judgment debtor was properly served. And so the question that's been raised is whether or not service of this type of petition, petition to revive, should be served under 105B or should it be served under 104. The second issue with regard to service is whether equity and liberal construction with regard to this case would allow service by mailing to the judgment debtor's attorney under Rule 105. And then finally, there's a question of whether or not proper service was waived. And then the second issue is with regard to standing. Your Honors, really what this comes down to the heart is whether or not service is required for a Section 2-1602 petition under Supreme Court Rule 105B or under Supreme Court Rule 104. There has been an argument made that for various reasons, service should have been allowed under 104. But ultimately, this is a case where judgment was entered on June 14, 2005. There were a number of collection efforts that were made between October of 2005 and June of 2009. It essentially then remained inactive for five years. I think it was technically dormant for eight to nine years. And then a petition to revive was filed on April 11, 2014. I think what the appellee is arguing here is that really under any run-of-the-mill petition to revive, that service on a judgment debtor's former attorney is sufficient to comply with specifically these two statutes. It states specifically under 2-1602C that service of notice of the petition to revive to judgment shall be made in accordance with Supreme Court Rule 106. 106 makes reference to Notice of filing a petition under Section 2-1601 shall be given by the same methods prescribed or provided in Rule 105 for the giving of notice of additional relief to the parties in default. And the cases have talked about a petition to revive, since it does ask for additional relief, is a petition that asks for new and additional relief. This is supported by the case authority as well. But if we look at Rule 105, it talks about service and prescribes under B-1, by any method provided by law for the service of summons either within or without the state. B, by prepaid, certified, or registered mail addressed to the party, return received requested, or 3, by publication. So turning to the case authority, we look at Department of Public Aid versus McGinnis, that was a Fourth District case, and we look at Department of Public Aid 1994. That was a petition for revival under Section 2-1601. What seems to be clear in that case is that, in fact, they found that Rule 105B is the proper method of service. So reading from page 129, 130 of that opinion, it indicates that Supreme Court Rule 106 declares notice of the filing of a petition for revival shall be given by the same methods provided in Rule 105. A little bit later, same paragraph, Rule 105B then declares notice may be provided by any of the three methods, 1, service by summons, 2, by certified or What about Section 2-301 of the Code, Objections to Jurisdiction? Don't you have to, it used to be called special appearances. If all party can make the arguments that you're not making, doesn't that have to be the very first thing you raise at the trial level and have the court address it? Well, with regard to this case, that goes to that waiver issue, and that is something that the trial court did appear to find by his statement that the court finds counsel for the defendants have represented Laurel, Inc. by filing pleadings, documents, and making arguments on his behalf. That's not supported by the facts, and I don't think it's supported by the law. Now, what we did on behalf of these two respondents, which were not the defendants, is we made arguments that were attacking this petition to revive as to us. As we look at this petition to revive judgment, it's found at the record at C-2097 that now comes the plaintiff, Doug Klein, and praying that this court revived judgments previously entered against defendants, Laurel, Inc., which was the judgment debtor, Laurel Products, Inc., our respondent, and A.G. Chemical, A.G. Chem Equipment Company, Inc., our respondent. So we're basically opposing this petition to revive judgment on a number of different areas, and whether or not it was properly served as to the judgment debtor is something that we raised, but we did not appear on behalf of this judgment debtor. Normally, if we were going to come in and we were hired or retained to represent Laurel, Inc., we would do it that way, but we didn't, and we did not come and appear on their behalf. So you only showed up because they were asking to revive the judgment against your clients, even though, how do you revive a judgment that was never entered against your clients? Correct, and that was one of our points with regard to our response to this petition to revive judgment. There were a lot of and they resolved that issue. It misnamed the correct judgment debtors, and it didn't have proper service. This was an unusual case from a factual background, but this is one that, I think if I got my notes here, relates to a product sold in 1989. It's a trial that I think starts, or suit that's filed in 93. Our defendants are brought in 1994. It proceeds to trial in 2005, and during the course of trial, and I think your Honor was on this appeal, during the course of trial, our clients were defendant, this Laurel, Inc. They got judgment against that party. As to us, they dismissed us out of the suit after directed verdicts were filed, and they never produced, or sought, went after us after that, except later on when it came to trying to collect the judgment. So when they came to collecting the judgment in that period... Well, the only issue before us is the effort to revive the judgment, isn't it? Correct, correct. What's your standing? What's the standing of the people you represent, the parties you represent, who were dismissed out to have anything to say about any of this? Well, I think there's a... Let me get to that. The first off, I think that standing merely requires that we have some type of interest in this litigation, that we're fighting for something, that we're not here before the court, even the circuit court, or the appellate court, or the Supreme Court, on issues that don't really matter to a party. Well, based on the record, at the time the motion to revive judgment was made, what's your interest? As opposed to someone who says, gee, I was at the coffee shop, I heard about this interesting case, I'm trying to revise this judgment, and I think they're just too late, I'm going to object. Well, I think the concern that we have, and it's a concern that's raised by sending our firm notice of this petition and identifying our clients in this, is that they're going to try to claim that if they go after us later in collection efforts, after the judgment is revived, that we'll be barred, or we will not be able to collaterally attack whether the revision, the petition to revive is properly filed. Well, that's because you have no interest of standing at the point that the interest to revive, or the petition to revive was made, whether or not something could, assuming the judgment is revived, then the next step, I guess you're assuming is going to happen, is they're going to go after your clients. Correct. That hasn't occurred yet, and if they can, let them, but how is it, who are you to come in and say, don't revive that judgment against this third party, who we really have no legitimate connection to, and if they try to raise one, we're going to oppose it. But the prayer for relief asks to revive the judgment against your clients, even though there wasn't a judgment against your clients, is that right? Yeah, that is my response, because they have gone after us, and they're going after us now, and ultimately the order didn't revive it as to our, you know, two entities. But there was no judgment against your clients to revive. There was no judgment, but they filed suit against us, and after that judgment was entered against the primary judgment debtor, they did try collection efforts against us, and third, they filed this petition to revive against us. So we think, based upon all that, you know, we question why were we identified in a petition to revive when there was no judgment, why were we given notice the same way they're attempting to give notice to the other entity, and I think the answer is that at least our concern is that they're trying to get us to waive an argument that we can collaterally attack this when it finally does come around to us in collection efforts. So what was the trial court's basis for finding that you represented Laurel, Inc. by filing pleadings, documents, and making arguments on its behalf? Well, that, I see that there as well, that the court finds that we represented Laurel, Inc. by filing pleadings, documents, and making arguments on behalf. I don't think the facts support that. I just, to the extent that is a finding of the trial court, that is absolutely against the manifest way of the evidence, but our pleadings, none of our pleadings identify us as representing Laurel, Inc. We made arguments that were, I think, I call it defensive as to the positions taken against our clients, and I think here we're really challenging this because we are concerned about, you know, a claim or an argument that we cannot collaterally attack the petition to revive if and when it comes to us. So that is really a bizarre finding by the judge. And I think, really, from the defense counsel's perspective, I think it's very concerning because if I walk into court defending my client, do I have to be concerned about any type of argument that I make that could be viewed as beneficial to another defendant that has appeared or has not appeared? That is really a concerning finding, that by, you know, making arguments that might benefit them as well, that we somehow entered appearance on behalf of that other entity. We did not. They might be concerned about that, too. Yeah, it's a crazy finding. It really is a crazy finding. I mean, at trial, there was, it was the Brainerd Bauer Kramer with Mark Carpers represented that entity at trial, and it was the Craig and Craig people, John Ewert and John Barger, that represented these two entities at trial. It was separate. They were, we were not connected. So to say that because we made arguments that might benefit this other entity just seems to be, and I didn't see any case authority that supports that in the law, and I think that would be a very, very dangerous new precedent to set, and I think that the circuit judge did do something that was really far beyond what I think we recognize in the law as proper. So, yeah, that I do think is really an out-of-the-box crazy finding. It certainly is a dangerous finding to defense counsel all throughout the state. I guess I'm just wondering, what is the basis for it? I mean, is there any basis for it? I don't think there's any basis for that finding whatsoever. I could try to go back to my outline, but if your honors have any questions, I don't want to necessarily take up all 20 minutes if it's not necessary. One-on-one I talk about. Well, who represents L'Oreal? L'Oreal, the judgment debtor in this case, that was represented by Mark Karpus. Who represents him now? I don't think anybody represents him. Then who is standing to object to the petition to revise, to revive the judgment against L'Oreal? Well, I'm arguing that we at least have standing to object because we have an interest. We have an interest, I think, under the Rodriguez case. We've got a sufficient interest that requires us to allow us to really raise the question of jurisdiction. Honestly, even if we weren't here, the question of jurisdiction I don't think ever goes away. If this order and this petition… Doesn't someone have to show up and raise it? Well… So the question is, who are you? I think in the end… If L'Oreal is the aggrieved party, doesn't someone on behalf of L'Oreal have to show up and say something? I would argue, Judge, that it's the obligation of the trial court to make sure that it has jurisdiction over this case and over the parties. So even if we did not come forward and object, doesn't the circuit court have an obligation to find it has jurisdiction or find that it does not have jurisdiction? I suppose maybe it does, but it did so find. Here is in the appellate court, who's here on behalf of L'Oreal in the appellate court? Well, it's not us. It's not us. Well then, what is this case even doing here? What are we talking about? Well, that is a different, interesting argument because I think ultimately the bottom line is that under the case authority, under the rule, under the statute, service on a petition to revive needs to be done under 105B. But given the fact that the judgment was not revived against your client, doesn't that mean you're done? You did what you set out to do and that you want to make sure that even though the original judgment wasn't against your client, that somehow it didn't morph into a judgment against your client in it being revived? That's correct. What we want to do is we just want to make sure that there's nothing entered against us that's going to harm us now or harm us in the future. And nothing has been, right? Well, if they argue later that we cannot challenge jurisdiction against the original revival in a later proceeding... But the original revival is not against you, right? But we know by their collection efforts, by that motion for turnover, that that's their next step. That's their next step is coming after us. Now, this is all disputed as to what these... Are they coming after you to see if you're holding any property that belongs to LORAL? Well, they've made the argument in this motion for turnover that in an asset sale that our companies, with the purchase of the assets, also assume the obligations of LORAL. Now, we dispute that, but we believe that's their next step. That in itself is a totally... So now, instead of having a trial against us on some of these issues of what obligations we have in the motion for turnover, they went after us, arguing that this contract makes us liable for the debts of this other entity. But that's where they went with the motion for turnover. And so if that's the next step, which we believe it will be, is that can we challenge jurisdiction of the original order that allowed revival? In addition to the other defenses that we may raise as to whether or not they can collect against our entities. So because there's going to be a later claim that you hold assets of this defunct corporation, do you think that gives you standing to challenge an effort to revise, revive the judgment? I think under Rodriguez, yeah. I think it does. I do have... Wow, I can't believe I used all my time that quickly. But is there any other questions? Your Honor? I'm not sure. Well, I have some rebuttal time. I'll come up here and take my lumps. I suppose you're challenging the court's exercise of jurisdiction over you? Is that what's going on? No, no. It's not the jurisdiction over me. It's the jurisdiction to enter the order on the petition to revive against the judgment debt. That's it. And honestly, the circuit court had an obligation to determine if jurisdiction was proper. You know, this court has that obligation as well. So you're saying that L'Oreal, Inc. was not properly served? That the court didn't have jurisdiction to revive the judgment against L'Oreal, Inc.? Our position is that the court had no jurisdiction to enter the order that it did. Because? Because the original judgment debt was not served under 105B, which is required by Section 2-160. But how do you have standing then, I guess is the question, to argue for that? Well... And maybe that's why the court made the finding that it made, because it sounds like to me you are arguing on their behalf. The real issue here is that whether I have standing or not, I think the circuit court and the appellate court have an obligation to determine if there was jurisdiction. Correct, but a stranger can't walk in off the street and say, Judge, I don't think you have jurisdiction here. That's true. But the Rodriguez authority really talks about, and Your Honor, I see I'm out of time. If I could have just a moment to answer that question. Sure. The purpose of doctrine of standing is to ensure that courts are deciding actual specific controversies. The primary focus is the party has a real interest in the action. And I think we show that real interest because we were sued, they pursued collection efforts against us, and I think that we have that interest. And the last part of Rodriguez, it should not preclude a valid suit from being litigated. This is a valid issue. The question of standing shouldn't preclude that from being litigated. Thank you, Your Honor. Okay, Mr. Greisand? Thank you, Your Honor. May it please the court. Counsel. I'm Tom Greisand, and I'm here today on behalf of the plaintiff, Doug Klein. In my time before the court, I will establish that the decision of the trial judge to deny the defendant's motion to reconsider was correct for two reasons. First, the trial judge correctly held that service by mail on the attorney of record for a defunct corporation under the facts of this case were sufficient to revive the judgment. And second, the defendants in this case do lack the standing necessary to challenge the circuit court's order granting a revival of a judgment against Loralee. Well, why did you include in your prayer for relief a request that the judgment be revived against entities for which the judgment was not entered against? Your Honor, the reason that the prayer for relief was originally incorrectly done, that's why the trial court entered its order the way it did. If we look at the record, we specifically see that the judgment in this case was not revived against the defendants. It was revived only against Loralee. But my question is, why did you file it that way? Admittedly, Your Honor, it was incorrectly filed to begin with. We knew that the judgment was against Loralee, and that's who the judgment is revived against. Now, whether the defendant wants to engage in kind of conjecture and guesswork as to what the next step would be in this case, that doesn't establish standing on the defendant to come in and challenge a judgment that was not revived against them. As this court pointed out during counsel's argument, not anyone can come in and challenge a judgment that wasn't answered against them. What the next step might be in this case is not relevant to whether or not the defendants had standing to challenge an order against an entity who the defendants have said they weren't there to represent. And speaking to the notice issue, Your Honors, and that seems to be the kind of crux of this case, it stems on the interplay between Supreme Court Rules 106, 105, and 104. Rule 106 specifically says that notice of the filing of a petition to revive a judgment is to be given via the same methods prescribed in Rule 105 for giving notice. There's two important things that that rule states. First, it's focused on the word notice, but more importantly, it specifically says Rule 105. And I guess that's where the... Counsel, wasn't the big problem here that the claim was you served former lawyers, but you didn't serve by publication? Well, Your Honor, first of all, we didn't serve the former lawyer. William A. Sunderman was still the attorney of record for Loral, Inc. And as the First District has pointed out, in public taxi service versus Ireton, if you are faced with a situation where you either serve by publication or serve the attorney of record for the party, publication is a far preferred method of service, or pardon me, serving the attorney of record is the far preferred method of service as opposed to serving publication. Why not serve by publication as well so you wouldn't be fooling around with all this silliness? Well, Your Honor, we could have served... Would it have been $25 to go down to the newspaper and put in an ad? Yes, Judge. We could have served by publication as well, but the fact of the matter is service by mail notice is permitted under Rule 105. You have a dissolved corporation. Yes, Your Honor, we do. So... And so... It's a little tricky to figure out how you serve dissolved corporations, but if it seems to one of the... You can let the other side argue it wasn't effective, but if the rule provides for service by publication, why not serve by publication? I mean, this whole thing seems to be in part because it's like no one was thinking, what do we do here? You name as defendants in a petition to revive a judgment, parties against them, no judgment was ever entered, and then you don't serve by publication, which is one of the three ways provided. What's the story, counsel? Well, Judge, Rule 105A provides that the reading of Rule 105A that's supported by the case law and the natural reading of Rule 105A provides that we can serve by the methods provided in Rule 104 if that party is entitled to notice under Rule 104. So the question becomes whether or not Boral Incorporated was a party entitled to notice under Rule 104. And what the defendants want to do in this case is they want to completely ignore Rule 105A like it's not there. But there's nothing in Supreme Court Rule 106 that specifically says 105B. It says, by the methods prescribed in 105A. And then when we look to 105A, it says, if new relief is sought against a party not entitled to notice under Rule 104, notice shall be given as herein provided. That language indicates that only do we move to 105B if the party's not entitled to notice under Rule 104. So the question becomes, who's entitled to notice under Rule 104? The first district in the case of Robinson v. Sollett stated that 105 notice is an exception to the general standard which permits regular mail notice to a party who, one, has appeared, and two, has not been found to be in default. And this is where it comes into play, and it's important to see what relief has been sought. And that's relief against Boral Incorporated. It's not relief against the defendants. And the defendants, in their brief, admit that attorney William A. Sunderman represented Boral Incorporated, and there had been no withdrawal or substitution of Mr. Sunderman as counsel for Boral Incorporated. The defendant's brief at page 10 admits this. William A. Sunderman was the attorney of record and still was the attorney of record when he received notice for Boral Incorporated. How are you still the attorney of record when judgment was entered five years ago? No other attorney had been substituted. Why would there be? You know, I was in the trial court. I handled the civil case call. Nobody came in and asked to have a withdrawal once the case was finished. When the matters before the court were done, they were done and everyone seemed to understand that if something else comes up, we start over.  So are you suggesting that a person has to file a withdrawal in order to be done with the case even though the matters pending for which they were hired are done? Your Honor, that's not the suggestion. But when we look at the specific facts of this case, we do see that there is a defunct corporation. And you look at what the court said in Ireton, and that's when you are tasked with either publication or serving the attorney of record, that it's far superior to serve the attorney of record than by serving publication. You haven't answered the question, why has something been five years after the fact when the case has long since been over, the attorney of record? Isn't attorney of record a term of art? Well, yes, Your Honor, it is. Well, then what makes an attorney of record for a case that's over for a matter that nothing's happened on for years? I guess, Judge, it's just the fact that nobody else had entered their appearance. But there's nothing to enter your appearance pertaining to, is there? No, Judge, there isn't. So then when you say attorney of record, you're assuming as if this is, as the case is cited, there's some ongoing controversy or something going on. And if you want to make sure the party's involved and noticed, then send it to his lawyer. Well, that might work if there's an ongoing case and this lawyer's actively involved. As Justice Pope said, we're now talking years after the fact and nothing's happened. So why is he attorney of record? I mean, Abraham Lincoln may be attorney of record in some cases across the street at the Illinois Supreme Court because no one has ever substituted for him. Certainly, Judge, and I understand your concern. And that's why, even if the court finds that Rule 105A does not encompass Rule 104, we have to look to the equity and the liberal construction of Rule 105. And that supports the regular mail notice in this case. And going back to that Ireton case, the first district said that Rule 105 is to be liberally construed to affect its true purpose, giving notice to a party. Substance should be preferred over form. And when it appears that there's no logical reason in that case that the attorney service shouldn't be allowed, that equity should allow it. And it's undisputed in this case that William Sunderman did, in fact, represent them in the original proceedings. And he did, in fact, receive notice. Why should we be expected or be inclined to jump through these hoops when there is such an easy, available means to you? Some of our publication, and then we don't have to. And if you don't, we're not inclined to jump through hoops and forget about it. Why shouldn't we just say that? Certainly, Judge. And I would say that it goes back to the statement in Ireton that it is far. In fact, in Ireton they basically said service by publication, and it quotes it in the case, is really no notice at all.  That's correct, Judge. So then if the other side said, right, that's no notice at all, you'd say, well, you see, the Supreme Court rule provides for it, and that's what we did. And, Judge, that would be the end of the controversy, wouldn't it? It may, Judge, but I would simply say that notice was provided to a defunct corporation in the way that best got notice to that defunct corporation. Service on, and as this Court has pointed out several times, no one representing Loral Incorporated is here arguing that the notice against them was improper. And Loral Incorporated did receive notice. William A. Sunderman received notice. And we went with the method that best and that equity shows and liberal construction shows that best gave notice to that party, as opposed to publication, which they may or may not see. And that's what Ireton was saying, that substance should be preferred over form. What did Judge Rush say with regard to Ag Kim and Loral Products when they showed up and argued in this court? Did he ever say something like, who are you and what are you doing here? Well, I think the judge was also a little bit. Since the issue was to revive the judgment against Loral. Not specifically in those words, but I think that based on the language of the order from Judge Rush, I think there was some concerns that this court also had based on some of the mixing of the arguments. And it seemed to be that the defendants were, in fact, making the arguments on behalf of Loral. And in fact, the defendants filed pleadings that says that the plaintiff was not a proper party, that there was not judgment against the defendants, that Doug Klein Crop Service lacked standing, that Loral was a nonexistent corporation. You represent the petitioner seeking to revive the judgment. When Mr. Watson shows up on behalf of Loral Products and Ag Kim, did you say to Judge Rush, who's this guy? Who are these people? What's going on? We're seeking to revive a judgment against Loral Inc. They're not here. These people have no standing to say anything. No, Judge. And I think it was because it was kind of confusing based on the pleadings that were being filed. Well, of course. That's because you included them in the heading, even though there was no judgment against them to revive. And, Judge, they were filing pleadings that talked about Loral Inc. being a nonexistent corporation and unable to be sued. And it appeared that they were, in fact, making arguments on behalf of Loral Inc. And clearly the trial judge thought the same thing, that arguments were being made on behalf of Loral Inc. And that really goes to – Did you ever object to that basis, that these people have no standing to make arguments on behalf of Loral Inc.? It was definitely objected to in the motion to reconsider proceedings that were filed by Loral Inc. I mean, they first show up and start making these arguments. Judge, who's this guy? No, Judge. Loral Inc. is – that's the party that we're seeking to revive the judgment against. And Mr. Watson is not representing them, so what's going on? I don't believe that was pointed out to the trial court. However, the – Poor Judge Resch. I'm sitting here wondering if this might be the first case where both parties lose. How can that be? I don't know. Go ahead. But to the waiver issue, the defendants did, in fact, show up and they argued the merits of this case. They filed pleadings. They filed responsive pleadings. They filed issues on behalf of Loral Inc. But who cares? If they're not representing Loral Inc., who cares? Because, Judge, if they were going to challenge the court's jurisdiction over Loral Inc. based on notice, then they should have done so when they were filing all those pleadings. They knew of the notice issue. If they were going to file responsive pleadings in this case, they clearly felt that they were able to file responsive pleadings in this case. They could have very easily said, notice was not properly given to Loral Inc. before any of the proceedings ever started. That's the purpose of the special and limited appearance, to contest jurisdiction based on notice. They didn't do any of that. And to basically say now that they could not have raised those arguments before is to ignore the responses and replies that they filed before ever raising a jurisdictional issue in their motion to reconsider. So it comes back to basically two options. They either had the standing to raise those issues before when they were filing all of their responsive documents and they should have raised those issues. Or, the second option, they didn't have standing to do so in the first place. It can't be both. They either should have raised them or they couldn't have raised them. And I think that that speaks to the second issue in this case, and that's standing. And the defendant does lack standing to challenge this order granting revival. As this court in Hurlburt v. Brewer pointed out, generally only a party to a judgment may seek relief from it. And this court defined in that case what a party is. And that is one who is named and who has properly been served or entered an appearance. They're not named anywhere in the judgment. And they're here saying that they weren't properly served and that they didn't enter an appearance. If they would like to concede that, then we would concede standing. But that's not what they're doing. And so they have to focus on these narrow exceptions to non-party standing in order to have standing in this case. And the narrow exception they seem to be focusing on is that they're injured by the judgment or they would derive benefit for its reversal. But they haven't been injured by the judgment. These defendants were never injured by this judgment. The judgment was not revised against them. Whether or not something might happen down the line that may, it's all based on guesswork. They can't come in here and establish standing in front of this court based on what they think the plaintiff might do in this case, may do in this case. Let me ask you this. The judgment was against Lorelli. Yes. You filed a petition to revise the judgment. Yes. You tried to serve Lorelli's attorney of record, Tony Sunderman. Yes. Or you served him. I assume he was still living then. He was. Mr. Watson comes in. He doesn't represent Lorelli, right? He enters his appearance for two entities, products and Ag Cam or something, right? Yes. And the judgment wasn't entered against them. It was not. And he's fighting against the revival of the judgment. That's correct. But Judge Resch revived the judgment. You won in the trial court. Judge Resch revived it to Lorelli, Inc. Right. Specifically. Well, that's the only one the judgment was entered against. Yes. And then the defendants subsequently then initiated these proceedings representing that they had standing to challenge the notice served on Lorelli. Well, maybe the problem is, just as Pope says, since both parties can't lose, however they deserve it, maybe the question is, and I'll ask Mr. Watson in rebuttal, the notice of appeal, which purports to be an appeal from Lorelli Products, and asking them how they are standing to appeal to get before this court. I don't believe they do. I believe that Lorelli Products, Inc. and Ag-Chem have lacked standing all throughout this, and we've made that argument in our motion to reconsider, and we make that argument in front of this court. The judgment was never entered against Lorelli Products, Inc. and Ag-Chem, the defendants that have brought the appeal in front of this court. So they do, in fact, lack standing to make that argument. Their whole basis, their whole argument for standing is what may happen in the future, what might get done, and that's simply too much conjecture to establish standing. Why didn't you move to dismiss their notice of appeal in this court by a motion saying, they're not the party, they can't appeal the revival of the judgment? I'm not certain, Your Honor, why that wasn't done. It seems like everybody's worked hard on this to run around in circles, and it seems like that would have focused the attention where it should have been. If there are no more questions? Please let there be no more questions. All right. Thank you, counsel. Thank you, Your Honor. Mr. Watson, any rebuttal? I do want to address some of that in the last part. I'm talking about, so, you know, why are these guys here? And who are they? This is how this went. So they filed a petition to revive judgment, which named our clients, the two respondents, L'Oreal Products and Head Chem Equipment. And so we object that, hey, there was never a judgment entered against us. So in response, they didn't file, okay, we made mistakes in the petition, that's right, mistakes were made, motion to dismiss these guys, let's get rid of them. That's what should have been done. But what did they do? They filed a reply which actually argued, and this reply is C2117, where on 2118 they are saying that we assume the liability. So they maintain their position that they should have judgment entered against us. They weren't saying like they were saying here in court today that, ah, we just made some mistakes. But you can't revive a judgment against someone where there's been no judgment ever entered. I agree. But then we get, finally, we get to the order of the court, which was just by a memorandum originally. And he makes, you know, a number of findings disagreeing with our position and says petition to revive judgment is granted. So the original docket order, I mean, at this point in time, I have no idea what the written order is going to look like. But the September 29 order says, at that point, I think Judge Resch, despite what was happening in front of him, finally figured this out. Paragraph 2 says, the order entered July 7, 2014, revised the judgment entered June 14, 2005, in favor of plaintiff, Doug Klein, Crop Service, Inc., and against the defendant, L'Oreal, Inc. That order does not pertain to any other party to these proceedings past the current. I agree. And that was prepared. So you had nothing knowing that they weren't truly going after you. Yeah. So what are you then appealing? But you talk about the standing. I mean, really, up until the very end here, when a draft order is tendered, I think a draft order could have been entered that said, you know, petitions granted, order revived, and whatever. So there is precedent for reviving a judgment order against the party? The rule that was never entered? If they would have said, okay, mistakes were made in the petition, that was wrong, we should have done it, and said, we're moving to dismiss these entities, let's get rid of them, they're gone, and then they move on, then I think you have the courts like, you guys have been dismissed, you're gone, why are you still here? But they never did that. So I think that's why we have this interest under the Rodriguez case for standing, why we still maintain standing, not only there to continue our objections, but here to maintain these positions. Well, I think the court, you know, I don't know if it's a jurisdictional matter, but I think this court always has to be concerned about its own jurisdiction, and can we entertain an appeal from parties who have no interest in the trial proceedings that you seek to appeal from? For instance, there was sloppy practice and bad practice by the plaintiffs to include your clients, but the orders entered make clear, and of course judgment against people can't be revived when there's no judgment to begin with, and Judge Resch made clear that now this is just L'Oreal, it's not products or Ag Chem, so the question is, who are you, and what are you doing here on appeal, Mr. Watson? I think the standing issue is clarified by Rodriguez. Rodriguez has nothing to do with this kind of a case. That's the best you got, Rodriguez gives you standing to bring this appeal? Well, it tells you what the law is. Yeah, it tells you what the law is. This is not like you fail to file a notice of appeal in a timely fashion or all that. This is a more fluid area. It's to make sure that we're fighting for something, that I'm actually here not rolling over because I don't care. It's to make sure that I am here arguing a position, and I'm arguing it hard, and I'm arguing with diligence, and I'm arguing faithfully. That's what Rodriguez talks about. That's what standing is about, that you have people before the court that are actually arguing these issues, and that's what I'm doing here, and that's what we have been doing. So I think the standing issue, it really is, it's a bit of a red herring, I think. The question really does come down to jurisdiction. They didn't serve it right. They needed to follow the rule. So you're appealing your win, basically. Well, they both won. I don't get it. All right, thank you, counsel. Thank you, Your Honors. We'll be in recess.